| | |
|---|---|
| IN UNITED STATES | ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below) |
| IN THE CASE OF | LOCATION NUMBER |
| UNITED STATES v.s. PELETI | FOR CENTRAL DISTRICT OF ILLINOIS AT ROCK ISLAND |

PERSON REPRESENTED (Show your full name)
**PELETI PELETI, JR.**

- 1 ☐ Defendant—Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

**EMPLOYMENT**
Are you now: ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: US Army
IF YES, how much do you earn per month? $ Gross: 8350.00
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
RECEIVED: $ ___   SOURCES: ___
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes  ☐ No  IF YES, state total amount $ 2,000.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $725,000.00  DESCRIPTION: Home
$75,000.00  Home
$20,000.00  Land

**DEPENDENTS**
MARITAL STATUS: ___ SINGLE  X MARRIED  ___ WIDOWED  ___ SEPARATED OR DIVORCED
Total No. of Dependents: 4
List persons you actually support and your relationship to them:
Jane M Peleti (spouse)
_ Peleti (son)
_ Peleti (daughter)
_ Peleti (daughter)

**OBLIGATIONS & DEBTS — DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Home | Countrywide | 716,000 | 5,000.00 |
| Home | Sarah _ _ | 60,000 | 637.00 |
| | Master card - USAA | 35,000 | 450.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4 Aug 06

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]