E-FILED
Monday, 29 January, 2007 03:50:02 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## Central District of Illinois
### Rock Island Division

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v | ) | Case No. 06-40117-001 |
| | ) | |
| Peleti Peleti Jr. | ) | |

## **ORDER**

This matter is now before the Court on Defendant's Motion for Travel Allowances [#6]. The Court is granting said motion and IT IS THEREFORE ORDERED that the U.S. Marshal is to provide for the defendant's transportation expenses to and from Hawaii to Illinois and for subsistence expenses while in Illinois.

ENTERED this 29th day of January, 2007.

S/Michael M. Mihm
_____
Michael M. Mihm
U.S. District Judge