E-FILED
Monday, 12 February, 2007  09:20:54 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**FILED**
FEB 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

PELETI PELETI, JR., a/k/a "PETE"

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-40117

I, __Peleti Peleti, Jr.__, the above named defendant, who is accused of

Receiving a Bribe in violation of 18 U.S.C. § 201(b)(2)(A) and Bulk Cash Smuggling in violation of 18 U.S.C. § 5332,

being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive in open court on __February 9, 2007__ prosecution by indictment and consent that the
  _Date_
proceeding may be by information rather than by indictment.

S/Peleti Peleti Jr.
_____
**PELETI PELETI, JR.**
*Defendant*

S/DOnovan Robertson
_____
Donovan S. Robertson
*Counsel for Defendant*

Before S/Michael M. Mihm
_____
Michael M. Mihm
United States District Judge
*Judicial Officer*