E-FILED
Monday, 04 June, 2007  10:58:10 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-cr-40117 |
| | ) | |
| v. | ) | |
| | ) | |
| PELETI PELETI, JR., a/k/a "Pete," | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the Defendant, PELETI PELETI, JR., by and through his attorney, Donovan S. Robertson, and for his Motion to Continue Sentencing Hearing, states to the Court as follows:

1. Sentencing in this matter is currently set for June 14, 2007, at 2:00 P.M.

2. The Defendant has recently engaged new counsel to represent him in this matter,

   to-wit:    David Michael
              414 Gough Street
              San Francisco, California
              (415) 621-4500

3. Counsel for the Defendant has been contacted by Mr. Michael, and he has requested that the sentencing hearing be continued so as to allow substitution of counsel and replacement counsel to become familiar with this case.

4. Defendant contemplates filing a motion to withdraw his plea in this matter.

5. Counsel for the government, Supervising Assistant U.S. Attorney Jeff Lang, is aware of this motion, and has no objection to the relief sought.

6. Replacement counsel would request a continuance of the current hearing to late July to accomplish the goals above-stated.

7. The Defendant is currently free on bond.

8. Granting of this motion would be in the interests of justice, and any delay occasioned by a continuance would be attributable to the Defendant.

WHEREFORE, the Defendant, Peleti Peleti, Jr., prays that this Court continue the sentencing hearing in this matter until late July to allow substitution of counsel, and the possible filing of a motion to withdraw plea.

Respectfully submitted,
Peleti Peleti, Jr.

By: /s/Donovan S. Robertson
Donovan S. Robertson
100 - 17th Street, Suite 405
Rock Island, IL 61201
(309) 793-4005

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on June 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Supervising Assistant U.S. Attorney Jeff Lang

/s/Donovan S. Robertson
Donovan S. Robertson