AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |

UNITED STATES OF AMERICA,

Plaintiff,

v.

PELETI PELETI, JR., a/k/a "Pete",

Defendant.

**APPEARANCE**

Case Number: 06-40117

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Peleti Peleti, Jr.

**FILED**

JUN 26 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I certify that ~~I am admitted~~ my admission to practice in this court is pending.

| 6/26/2007 | [signature] |
|---|---|
| Date | Signature |
| | Lewis O. Romero     CA 197231 |
| | Print Name     Bar Number |
| | 885 Bryant Street Second Floor |
| | Address |
| | San Francisco    CA    94103 |
| | City    State    Zip Code |
| | (415) 581-0885    (415) 581-0887 |
| | Phone Number    Fax Number |