AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

__Central__ DISTRICT OF __Illinois__

UNITED STATES OF AMERICA,

Plaintiff,

v.

PELETI PELETI, JR., a/k/a "Pete",

Defendant.

**APPEARANCE**

Case Number: 06-40117

**FILED**
JUN 2 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Peleti Peleti, Jr.

I certify that ~~I am admitted~~ *my application* to practice in this court, *is pending*.

| | |
|---|---|
| 6/26/2007 | [signature] |
| Date | Signature |
| | Paul L. Alaga — CA 221165 |
| | Print Name — Bar Number |
| | 885 Bryant Street Second Floor |
| | Address |
| | San Francisco — CA — 94103 |
| | City — State — Zip Code |
| | (415) 581-0885 — (415) 581-0887 |
| | Phone Number — Fax Number |