E-FILED
Wednesday, 11 July, 2007  11:46:34 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-cr-40117 |
| | ) | |
| v. | ) | |
| | ) | |
| PELETI PELETI, JR., a/k/a "Pete," | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO ENLARGE TIME

Comes now the Defendant, PELETI PELETI, JR., by and through his attorneys, Lewis Romero and Donovan S. Robertson, and for his motion to enlarge time for filing his Motion to Withdraw his Plea, states to the Court as follows:

1. This motion is made within the time for filing the Motion to Withdraw Plea, which deadline is Friday, July 13, 2007.

2. No other extensions of time have been asked for or allowed.

3. The Unites States (Jeffrey Lang, Supervising Assistant U.S. Attorney) is aware of this motion, and has no objection to an extension of time for filing the Motion to Withdraw Plea, to and including July 20, 2007.

4. Hearing on the Motion to Withdraw Plea is currently set for August 17, 2007, and both parties wish to retain that date as the date for the hearing of the motion to withdraw plea.

5. Defendant's new counsel needs additional time in which to confer with defendant's erstwhile counsel, Donovan Robertson, and to obtain documents from him.

6.  This motion is in the interest of justice, and granting the motion will not delay the progress of the case.

WHEREFORE, the Defendant, Peleti Peleti, Jr., prays that this Court enlarge time for filing Motion to Withdraw Plea to and including July 20, 2007.

Respectfully submitted,
Peleti Peleti, Jr.

By:   /s/Donovan S. Robertson
Donovan S. Robertson
100 - 17th Street, Suite 405
Rock Island, IL 61201
(309) 793-4005

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on July 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Supervising Assistant U.S. Attorney Jeff Lang

/s/Donovan S. Robertson
Donovan S. Robertson