AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Central District of Illinois

| UNITED STATES OF AMERICA | CONSENT ORDER GRANTING |
| Plaintiff (s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| PELETI PELETI, JR. | CASE NUMBER: 06-40117 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, **Peleti Peleti, Jr.** (Party (s) Name) substitutes **Paul Alaga** (Name of New Attorney), State Bar No. **CA 221165** as counsel of record in place of **Donovan Robertson** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Romero & Alaga
Address: 885 Bryant Street Second Floor San Francisco CA 94103
Telephone: (415) 581-0885    Facsimile (415) 581-0887
E-Mail (Optional): lromero@sflaw.net

I consent to the above substitution.
Date: 7/11/2007
(Signature of Party (s))

I consent to being substituted.
Date: 7/11/2007
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/11/2007
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____  _____
                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

UNITED STATES OF AMERICA

              Plaintiff (s),

V.

PELETI PELETI, JR

              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 06-40117

Notice is hereby given that, subject to approval by the court, __Peleti Peleti, Jr.__ substitutes
(Party (s) Name)

__Paul Alaga__, State Bar No. __CA 221165__ as counsel of record in
(Name of New Attorney)

place of __Donovan Robertson__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Romero & Alaga
    Address:     885 Bryant Street Second Floor San Francisco CA 94103
    Telephone:     (415) 581-0885     Facsimile (415) 581-0887
    E-Mail (Optional):     lromero@sflaw.net

I consent to the above substitution.

Date: 7/11/2007

_____
(Signature of Party (s))

I consent to being substituted.

Date: 7/11/2007

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 7/11/2007

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]