AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Central District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>                Plaintiff (s),<br>V.<br>PELETI PELETI, JR.<br>                Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 06-40117 |

Notice is hereby given that, subject to approval by the court, **Peleti Peleti, Jr.** substitutes
(Party (s) Name)

**Lewis Romero**, State Bar No. **CA 197231** as counsel of record in
(Name of New Attorney)

place of **Donovan Robertson**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Romero & Alaga
    Address:        885 Bryant Street Second Floor San Francisco CA 94103
    Telephone:    (415) 581-0885    Facsimile  (415) 581-0887
    E-Mail (Optional):  lromero@sflaw.net

I consent to the above substitution.
Date: 7/11/2007
                              (Signature of Party (s))

I consent to being substituted.
Date: 7/11/2007
                              (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/11/2007
                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA

Plaintiff(s),

V.

PELETI PELETI, JR.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 06-40117

Notice is hereby given that, subject to approval by the court, __Peleti Peleti, Jr.__ substitutes
(Party(s) Name)

__Lewis Romero__, State Bar No. __CA 197231__ as counsel of record in
(Name of New Attorney)

place of __Donovan Robertson__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Romero & Alaga
Address: 885 Bryant Street Second Floor San Francisco CA 94103
Telephone: (415) 581-0885    Facsimile (415) 581-0887
E-Mail (Optional): lromero@sflaw.net

I consent to the above substitution.

Date: 7/11/2007

(Signature of Party(s))

I consent to being substituted.

Date: 7/11/2007

(Signature of Former Attorney(s))

I consent to the above substitution.

Date: 7/11/2007

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]