# EXHIBIT A

# RIGHTS WARNING PROCEDURE/WAIVER CERTIFICATE

For use of this form, see AR 190-30; the proponent agency is ODCSOPS

## DATA REQUIRED BY THE PRIVACY ACT

**AUTHORITY:** Title 10, United States Code, Section 3012(g)
**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified.
**ROUTINE USES:** Your Social Security Number is used as an additional/alternate means of identification to facilitate filing and retrieval.
**DISCLOSURE:** Disclosure of your Social Security Number is voluntary.

| 1. LOCATION | 2. DATE | 3. TIME | 4. FILE NO. |
|---|---|---|---|
| Hawaii Field Office Peleti Peleti Jr. PR | 25 Jul 06 | 1225 70 | |

| 5. NAME (Last, First, MI) | 8. ORGANIZATION OR ADDRESS |
|---|---|
| Peleti, Peleti JR. | HHC 25th ID |

| 6. SSN | 7. GRADE/STATUS | |
|---|---|---|
| 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 | CW3 | Schofield Barracks, HI 96857 |

### PART I - RIGHTS WAIVER/NON-WAIVER CERTIFICATE

#### Section A. Rights

The investigator whose name appears below told me that he/she is with the United States Army **Criminal Investigation Command** and wanted to question me about the following offense(s) of which I am suspected/accused: **Conspiracy; Bribery; Fraud; Conduct Unbecoming**

Before he/she asked me any questions about the offense(s), however, he/she made it clear to me that I have the following rights:

1. I do not have to answer any questions or say anything.
2. Anything I say or do can be used as evidence against me in a criminal trial.
3. (For personnel subject to the UCMJ) I have the right to talk privately to a lawyer before, during, and after questioning and to have a lawyer present with me during questioning. This lawyer can be a civilian lawyer I arrange for at no expense to the Government or a military lawyer detailed for me at no expense to me, or both.

- or -

(For civilians not subject to the UCMJ) I have the right to talk privately to a lawyer before, during, and after questioning and to have a lawyer present with me during questioning. I understand that this lawyer can be one that I arrange for at my own expense, or if I cannot afford a lawyer and want one, a lawyer will be appointed for me before any questioning begins.

4. If I am now willing to discuss the offense(s) under investigation, with or without a lawyer present, I have a right to stop answering questions at any time, or speak privately with a lawyer before answering further, even if I sign the waiver below.

5. COMMENTS (Continue on reverse side)

#### Section B. Waiver

I understand my rights as stated above. I am now willing to discuss the offense(s) under investigation and make a statement without talking to a lawyer first and without having a lawyer present with me.

| WITNESSES (If available) | 3. SIGNATURE OF INTERVIEWEE |
|---|---|
| 1a. NAME (Type or Print) Michael T. Bishop | |
| b. ORGANIZATION OR ADDRESS AND PHONE Defense Criminal Investigative Service Rock Island RO (309) 868-2378 | 4. SIGNATURE OF INVESTIGATOR |
| 2a. NAME (Type or Print) | 5. TYPED NAME OF INVESTIGATOR Jesse Stamat |
| b. ORGANIZATION OR ADDRESS AND PHONE | 6. ORGANIZATION OF INVESTIGATOR Rock Island Fraud Resident Agency Rock Island, IL 61265 |

#### Section C. Non-waiver

1. I do not want to give up my rights:
   ☐ I want a lawyer.    ☐ I do not want to be questioned or say anything.

2. SIGNATURE OF INTERVIEWEE

ATTACH THIS WAIVER CERTIFICATE TO ANY SWORN STATEMENT (DA FORM 2823) SUBSEQUENTLY EXECUTED BY THE SUSPECT/ACCUSED.

DA FORM 3881, NOV 89    EDITION OF NOV 84 IS OBSOLETE

# SWORN STATEMENT

For use of this form, see AR 190-45: The proponent agency of the Deputy Chief of Staff for Personnel.

| LOCATION | DATE | TIME | FILE NUMBER |
|---|---|---|---|
| Hawaii CID office Schofield Barracks | 25 Jul 06 | 1651 | |

| LAST NAME, FIRST NAME, MI | SOCIAL SECURITY NUMBER | GRADE/STATUS |
|---|---|---|
| Peleti, Peleti NMN JR. | 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 | CW3/4A |

| ORGANIZATION OR ADDRESS |
|---|
| Headquarters Headquarters Company, 25th Infantry Division |

I, CW3 Peleti, Peleti JR., want to make the following statement under oath:

I deployed to Kuwait Jan 03, and worked for the US Army as the COTR with ESS. As the COTR I've experienced numerous approaches from the contractors themselves for bribery for monies and gifts. I received several gifts from folks working with ESS. Roger Stringer provided me with gifts probably totaling $300.00. My mindset was not clear judgement at the time and I feel sorry for what I've done. I redeployed back to Iraq in Jul/Aug of 03 and reestablished our location in TQ or in the vicinity of Fallujah. There I was working with the Contracting Officer (KO), MAJ Kopp to establish food service contracts in Fallujah. Tamimi and ESS were the front runners, and we ended up with ESS. At that time ESS approached me with a vehicle (Montero) SUV to aide awards in throughout the base. They've also provided me with gifts such as souvenirs that valued up to $500.00. Again this is something that should not have been tolerated on my part. My next assignment was with CFLCC in Kuwait. As I was the Theater Food Advisor responsible for Iraq, Afghanistan, Kuwait; I was the advisor to the Commander's on facets of the Food Service program in theater. I made contact with several contractors (Tamimi, ESS, GCC, PWC) as part of my position.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT PPJ | PAGE 1 OF 4 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _TAKEN AT _DATED _CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE__OF __PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE OF ANOTHER COPY OF THIS FORM.

# SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is Office of The Deputy Chief of Staff for Personnel.

| LOCATION | DATE | TIME | FILE NUMBER |
|---|---|---|---|
| | | | |

| LAST NAME, FIRST NAME, MIDDLE NAME | SOCIAL SECURITY NUMBER | GRADE/STATUS |
|---|---|---|
| PERETTI PERETTI | 565 43 5060 | CW3 |

ORGANIZATION OR ADDRESS

PP, I, CW3 PERETTI PERETTI, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH: PP

I was approached by Shabbir Kahn during a meeting we had in Kuwait. He of course wanted to gain my trust and had asked if he could take me out to dinner. I agreed and thus the start of our relationship. I have gone to Tamimi's (Parties House). I've spent approximately 10-12 different times attending parties with other contractors and military personnel. Military personnel consisted of MAJ Teichy, MAJ Bob Bettay, CW3 Davidson, CW3 Campbell, Karen and several other Contractors to which I currently do not have their names. I've been approached by Shabbir Kahn on several occasions for bribery and gifts and Iraqi Dinars. I received a total of approximately $8000.00 Iraqi Dinars in exchange for new contracts. I originally wanted to pay him for the currency. I gave Shabbir a total of $800.00 American dollars in which I was given more in return. I've also received gifts from Shabbir by way of dinners. All the military members listed above have told me that they have been approached by several contractors for bribery however did not see them make any transaction. I've made contacts with Dan Creighton who works for PWC (Public Warehousing Company) out of Kuwait and stated a relationship that had us travel throughout Iraq and Afghanistan. Dan and I would travel and take note of how we could do things better for PWC and the military. Dan and I for the record did not have illegal transaction in terms of bribery. I've met another contractor that was a CEO

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT PTJ | PP PAGE 2 OF 4 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ____ TAKEN AT ____ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ____ OF ____ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

DA FORM 2823
1 JUL 72

SUPERSEDES DA FORM 2823, 1 JAN 68, WHICH WILL BE USED.

STATEMENT OF Percy Percy TAKEN AT Al CID DATED 23 JUL 06 CONTINUED

FILE NUMBER:

for Gulf Catering Company (GCC) by the name of Ibrahim. Again like the other contractors I came in contact with I had a meeting with him to discuss the possibilities of setting a contract for all flatware and paper products for Iraqi. Initially the intent was establish a new contract. We energized the contract and developed a working relationship. I was given $50,000 American dollars from Ibrahim by form of cash. I stored all the cash in my barracks in (Iraq) Anaconda. I redeployed back to the states in Dec 05 to 25th ID here in Schofield Barracks, HI. As I returned back to the states, I've been nothing but toying with this situation in my mind and regret I even deployed. I sincerely conducted myself in such a manner that should have never materialized. I honestly done this for one reason and that was due to financial difficulties and was separated from wife. I fully realize that this is no excuse for my actions. I would also like to note that I will fully cooperate with the investigation at hand.

PPT I want to answer the following questions to clarify my statement as written by SA St. Amant.

Q: St. Amant

PPA: Peleti

Q: What did you do with the $50,000 dollars?

PPA: I spent about 30,000 dollars on credit card bills, about 10,000 dollars on jewelry for my wife and the rest I spent on vacations and my family.

Q: Were you ever able to influence any contracts for anyone that was illegal?

PPA: No because I tried to get GCC a contract but I was unable. Continued on next page PPT

INITIALS OF PERSON MAKING STATEMENT: PPT         PAGE 3 OF 4 PAGES

STATEMENT OF Peleti Peleti TAKEN AT HI CID DATED 25 JUL 06  FILE NUMBER:  CONTINUED:

STATEMENT (Continued)

Q: Did you have any contact with Ibrahim or any other contractor since you received bribes?
A: No. Ibrahim would not return my calls and I never spoke with anyone else about contracts since I came to Hawaii.

Q: Did you personally witness or have direct knowledge of anyone else receiving bribes?
A: CW3 Donaldson, CW3 Campbell, CW3 Dingle, MAJ Tench, MAJ Bettwy and Karen who was a customer service rep for NSCA I think her last name is Olsen. I also heard about a SFC Chase receiving money but I did not know for sure.

Q: Do you understand that the behavior you exhibited was against the law and military law?
A: Yes.

Q: Are you making this statement of your own free will and were you read your rights as well as understood them?
A: Yes.

Q: How were you treated during the interview?
A: Good.

Q: Do you have anything to add?
A: I want to help in the investigation as much as I. ///End of Statement///

## AFFIDAVIT

I, CW3 Peleti Peleti JR, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE 4. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

(Signature of Person Making Statement)

WITNESSES:
Michael T. Bishop
Defense Criminal Investigative Service

ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this  day of 25 July, 20 06 at Hawaii CID Office, Schofield Barracks.

(Signature of Person Administering Oath)

SA Jesse J. St. Amant
(Typed Name of Person Administering Oath)

5 USC 303
(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT: PPT

PAGE 4 OF 4 PAGES