E-FILED
Wednesday, 25 July, 2007 03:12:58 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 06-40117 |
| v. | ) | |
| | ) | |
| PELETI PELETI, JR., a/k/a "PETE," | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES' MOTION FOR AN
EXTENSION OF TIME TO FILE ITS RESPONSE
TO MOTION TO WITHDRAW GUILTY PLEA

The United States of America, by and through Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Jeffrey B. Lang, Assistant U.S. Attorney, hereby requests a seven-day extension of time within which to file its response to the defendant's motion to withdraw his guilty plea, and states:

1.  On June 5, 2007, this Court established the timetable by which the defendant's motion to withdraw his guilty plea was to be filed, *i.e.*, July 13, 2007. Based upon that date, the government was ordered to file its response on or before August 3, 2007.

2.  By its order of July 12, 2007, this Court granted the defendant's unopposed motion for an extension of seven days, until July 20, 2007, within which to file his motion.

3. On July 20, 2007, the defendant filed his motion to withdraw his guilty plea.

4. The government, recognizing that the hearing in this matter is scheduled for August 17, 2007, hereby requests a corresponding extension of time within which to prepare its response.

**WHEREFORE**, the United States respectfully requests an extension of seven days, that is, until on or before August 10, 2007, to file its response to the defendant's motion to withdraw his guilty plea.

    Respectfully submitted,

    RODGER A. HEATON
    UNITED STATES ATTORNEY

BY:   /s/ Jeffrey B. Lang
    JEFFREY B. LANG
    ASSISTANT U.S. ATTORNEY
    1830 Second Avenue, Suite 320
    Rock Island, Illinois 61201
    Telephone (309) 793-5884

CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following: Donovan S. Robertson, Lewis O. Romero, and Paul Leland Alaga.

    /s/ Jeffrey B. Lang
JEFFREY B. LANG
ASSISTANT U.S. ATTORNEY