**DAVID MICHAEL, CA State Bar # 74031**
**LAW OFFICES OF DAVID M. MICHAEL**
414 Gough Street, Suite Two
San Francisco, CA  94102
Telephone: (415) 621-4500
Facimile:    (877) 538-6220

**LEWIS O. ROMERO, CA State Bar # 197231**
**PAUL L. ALAGA, CA State Bar # 221165**
885 Bryant Street Second Floor
San Francisco CA 94103
Telephone: (415) 581-0885
Facsimile: (415) 581-0887

**Attorneys for Defendant, Peleti Peleti**

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 06-40117 MMM JAG |
| Plaintiff, | NOTICE OF APPEARANCE |
| vs. | |
| PELETI PELETI JR., a/k/a "Pete," | |
| Defendant.                        / | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF ILLINOIS:

PLEASE TAKE NOTICE that DAVID M. MICHAEL, duly admitted to practice before this Court, hereby gives notice of his appearance as lead attorney of record, and co-counsel with LEWIS O. ROMERO and PAUL L. ALAGA, on behalf of Defendant PELETI PELETI, Jr. in the above entitled matter.

DATED: 31 July 2007                                Respectfully submitted,


                                                   s/DAVID M. MICHAEL_____
                                                   DAVID M. MICHAEL
                                                   Attorney for PELETI PELETI, Jr.

## CERTIFICATE OF ELECTRONIC FILING

      I hereby certify that, on 1 August 2007, I caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeffrey B. Lang, Esq.
Supv. Assistant United States Attorney
1830 Second Avenue,
Rock Island, IL 61201
jeffrey.lang2@usdoj.gov

Donovan S. Robertson, Esq.
100 17th Street, Suite 405
Rock Island, IL 61201
drobertson@cgslawfirm.com

                                                s/DAVID M. MICHAEL
                                                DAVID M. MICHAEL