E-FILED
Friday, 10 August, 2007  10:28:15 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
|     Plaintiff, ) | |
| ) | Case No. 06-40117 |
|     v. ) | |
| ) | |
| PELETI PELETI, JR., a/k/a "PETE," ) | |
| ) | |
|     Defendant. ) | |

**UNITED STATES' MOTION FOR LEAVE TO FILE**
**BRIEF IN EXCESS OF 15 PAGES**

The United States of America, by and through Rodger A. Heaton, United States Attorney for the Central District of Illinois, and the undersigned Assistant U.S. Attorney, hereby files this Motion for Leave to File Brief in Excess of 15 Pages, and states:

1.    Defendant Peleti's Motion to Withdraw Guilty Plea and Memorandum of Law to which the government seeks to respond was 23 pages in length, not including over 150 pages of exhibits appended thereto.

2.    In order to properly address the several factual and legal issues raised in Peleti's motion, including providing this Court with an adequate factual recitation of the history of this case as it progressed, a response of over 15 pages in length is required.

**WHEREFORE**, the United States respectfully requests that this Court grant the government leave to file a response to Peleti's motion which exceeds 15 pages.

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

BY:   /s/Jeffrey B. Lang
        JEFFREY B. LANG
        ASSISTANT U.S. ATTORNEY
        1830 Second Avenue, Third Floor
        Rock Island, Illinois  61201
        Telephone (309) 793-5884

**CERTIFICATION OF SERVICE**

I hereby certify that on August 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following:  Donovan S. Robertson, Lewis O. Romero, Paul Leland Alaga, David M. Michael.

        /s/ Jeffrey B. Lang
        JEFFREY B. LANG
        ASSISTANT U.S. ATTORNEY