**E-FILED**
Friday, 17 August, 2007  10:11:42 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-cr-40117 |
| | ) | |
| v. | ) | |
| | ) | |
| PELETI PELETI, JR., a/k/a "Pete," | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION TO WITHDRAW**

COMES NOW Donovan S. Robertson, counsel of record for the Defendant, Peleti Peleti,

Jr., and for his motion to withdraw as counsel of record for said Defendant states to the Court as

follows:

1.    Donovan S. Robertson is currently counsel of record for Defendant, Peleti Peleti,

Jr., having been appointed to defend him by this Court on August 4, 2006.

2.    Counsel and Mr. Peleti disagree as to the handling of this case, and the

disagreement is such as to prevent Robertson's effective representation of the

Defendant.

3.    The Defendant has hired other counsel in the persons of David Michael and

George Romero, both of whom have entered their appearance in this Court as

counsel of record for the Defendant.

4.    The substitution of counsel, at this point, will not serve to delay the progress of

this case.

WHEREFORE, Donovan S. Robertson, Attorney at Law, prays for leave to withdraw as

counsel of record for the Defendant, Peleti Peleti, Jr.

By:      /s/Donovan S. Robertson
         Donovan S. Robertson
         100 - 17th Street, Suite 405
         Rock Island, IL 61201
         (309) 793-4005


**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that on August 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Supervising Assistant U.S. Attorney Jeff Lang


 /s/Donovan S. Robertson
Donovan S. Robertson