# United States District Court

District of __Central__ __IL__

USA v. Peleti

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 06-40117

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| M.Mm | Lang | Michael/Romero/Alaga |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/26/07 | KH | KB |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| no obj | 2 | 10/26 | 10/26 | 10/26 | 8/10 Letter to Mr. Robinson | Robinson |
| " | 106 | 10/26 | 10/26 | 10/26 | Customs Declaration form | " |
| " | 4 | 10/26 | 10/26 | 10/26 | Letter 11/27/06 | " |
| " | 107 | 10/26 | 10/26 | 10/26 | Credit Card Statements | " |
| " | 8 | 10/26 | 10/26 | 10/26 | Peleti - Time Recorded re: working on case | " |
| | 1 | | | | (Previously adm) 8/10/06 Letter | |
| | 2 | | | | (Previously adm) 10/14/06 Letter | |

FILED OCT 26 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages