PAUL L. ALAGA, CA State Bar # 221165
LEWIS O. ROMERO, CA State Bar # 197231
885 Bryant Street Second Floor
San Francisco CA 94103
Telephone: (415) 581-0885
Facsimile: (415) 581-0887

Attorneys for Defendant, Peleti Peleti Jr.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 06-cr40117 MMM JAG |
| Plaintiff, | NOTICE OF APPEAL |
| vs. | |
| PELETI PELETI JR., a/k/a "Pete," | |
| Defendant.       / | |

PLEASE TAKE NOTICE that Defendant Peleti "Pete" Peleti, hereby appeals to the United States Court of Appeals, Seventh Circuit, from the judgment of conviction for violation of 18 U.S.C. § 201(b)(2)(A) and 31 U.S.C. § 5332 and from the District Court's denial of his Motion to set aside his February 9, 2007 guilty plea.

Dated: February 28, 2008                                   Respectfully submitted,

/s/ Paul L. Alaga
_____
Paul L. Alaga,
Attorney for Pete Peleti