E-FILED
Monday, 03 March, 2008  10:44:44 AM
Clerk, U.S. District Court, ILCD

*SEVENTH CIRCUIT APPEAL INFORMATION SHEET*

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:* Central District of Illinois

*Docket No.:* 06-40117

*Division:* Rock Island

**Plaintiff (Petitioner)**  *Short Caption*  **Defendant (Respondent)**

USA                                   v.       Peleti Peleti Jr.

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

(*Use separate sheet for additional counsel*)

Name: Jeffrey Lang

Firm: U.S. Attorney's Office

Address: 1830 2nd Ave.

Rock Island, IL  61201

Phone: 309-793-5884

Name: Paul Alaga & Lewis Romero

Firm: Romero & Alaga

Address: 885 Bryant St., Suite 202

San Francisco, CA  94103

Phone: 415-581-0885

---

Judge: Michael M. Mihm

Court Reporter: Karen Hanna

Nature of Suit Code:

Date Filed in District Court:  1/12/2007

Date of Judgment: 2/25/2008

Date of Notice of Appeal: 2/29/2008

Counsel:  ___Appointed     _X__Retained   ___Pro Se
Fee Status:    ___Paid     _X__Due     ___IFP      ___IFP Pending     ___U.S.     ___Waived
(*Please mark only 1 item above*)

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes     _X__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

Additional Counsel for Defendant Peleti Peleti Jr.
USDC # 06-40117

David M. Michael
414 Gough Street, Suite 2
San Francisco, CA 94102
415-621-4500