E-FILED
Thursday, 06 March, 2008 08:30:29 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

CIRCUIT RULE 3(b) NOTICE

FILED

MAR 6 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: March 3, 2008
Re: USA v. Peleti, Peleti Jr.
    Appeal No.: 08-1507

Appeal from the United States District Court for the
Central District of Illinois
No. 06 CR 40117, Michael M. Mihm, Judge

To:    Jeffrey B. Lang, Esq.
       OFFICE OF THE UNITED STATES ATTORNEY
       1830 Second Avenue
       Rock Island, IL  61201
       USA


       Paul Alaga, Esq.
       ROMERO & ALAGA
       Suite 202
       885 Bryant Street
       Suite 202
       San Fransisco, CA  94103
       USA


       Circuit Rule 3(b) empowers the clerk to dismiss an appeal
if the docket fee is not paid within fourteen (14) days of the
docketing of the appeal.  This appeal was docketed on 3/3/08.
The District Court has indicated that as of 2/29/08 the docket
fee has not been paid.  Depending on your situation, you should:

   1. Pay the required $450.00 docketing fee PLUS the $5.00
      notice of appeal filing fee to the District Court Clerk,
      **if you have not already done so.**  The Court of Appeals
      cannot accept this fee.  You should keep a copy of the
      receipt for your records.

   2. File a motion to proceed on appeal in forma pauperis
      with the District Court, **if you have not already done so.**
      An original and three copies of that motion, with proof
      of service on your opponent, is required.  This motion must be
      supported by a sworn affidavit in the form prescribed by Form 4
      of the Appendix of Forms to the Federal Rules of Appellate Procedur
      (as amended 12/1/98), listing the assets and income of the
      appellant(s).

   3. If the motion to proceed on appeal in forma pauperis is
      denied by the district court, you must either pay the

>            required $450.00 docketing fee PLUS the $5.00 notice of
>            appeal filing fee to the District Court Clerk, within 14
>            days after service of notice of the action of the district
>            court, or within 30 days of that date, renew your motion
>            to proceed on appeal in forma pauperis with this court.
>            If the motion is renewed in this court, it must comply with
>            the terms of Fed. R. App. P. 24(a).
>
>            If one of the above stated actions is not taken, the appeal
>    will be dismissed.

(1258-020300)
bcc:   Pamela E. Robinson