# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF DOCKETING APPEAL

Appeal No.: 08-1507                                Date: March 3, 2008

TO:    Jeffrey B. Lang, Esq.
       OFFICE OF THE UNITED STATES ATTORNEY
       1830 Second Avenue
       Rock Island, IL  61201-0
       USA

Counsel of Record for the following Appellee(s):
(This court's practice is to only list the first five parties per side.)

       United States of America

Caption:
UNITED STATES OF AMERICA,
              Plaintiff - Appellee

   v.

PELETI PELETI, JR.,
              Defendant - Appellant

District Court Information:
       No. 06 CR 40117
       Judge Michael M. Mihm
       Central District of Illinois, 211 - 19th Street

```
Date Notice of Appeal filed in District Court:   2/29/08
Date Appeal docketed in Court of Appeals:        3/3/08

Current Fee Status:        due

Pending Deadlines:         Fee:                            3/17/08
                           Appellant's Brief:
                           Docketing Statement:            3/7/08
                           Transcript Information Sheet:   3/13/08
```

**NOTE:** This notice is issued to counsel of record, in furtherance of the revised Circuit Rule 3(d), to provide necessary information regarding this appeal. Please verify this notice for accuracy. <u>Counsel are encouraged to provide a fax and/or e-mail address to the court.</u> If any corrections are necessary, please indicate those corrections on this notice and return it to the Clerk's Office within ten days. <u>**THIS NOTICE SHALL NOT ACT AS A SUBSTITUTE FOR MOTIONS FOR NON-INVOLVEMENT/SUBSTITUTION OF COUNSEL. COUNSEL ARE STILL REQUIRED TO FILE THE APPROPRIATE MOTIONS.**</u>

Important Scheduling Notice !

> Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

(1264-032897)

United States Court of Appeals
For The Seventh Circuit

## NOTICE FOR CRIMINAL CASES

The docketing of an appeal in this court requires litigants and their counsel to comply with several requirements and rules. This notice will call your attention to certain initial steps that you must take at the outset of the appeal process, but the *Practitioner's Handbook For Appeals to the United States Court of Appeals for the Seventh Circuit* should always be consulted to make sure you comply with all rules and court procedures. The full text of the most current versions of the Handbook, the Circuit Rules, the Federal Rules of Appellate Procedure, court forms and checklists are available at www.ca7.uscourts.gov or can be obtained from the clerk's office on request. Rules are periodically revised. Counsel and parties are reminded to always check the most current rules (most recently amended 12/1/05), in particular **Cir. Rule 3(c), Cir. Rule 26.1 and Fed. R. App. P. 28, and 32.**

Cir. Rule 26.1 requires that all attorneys for non-governmental parties file a **Disclosure Statement** providing the names of all law firms whose partners or associates have appeared for the party or amicus in the case (including proceedings in the district court) or are expected to appear in this court, as well as the corporate party information required by Fed. R. App. P. 26.1. This statement must be filed within 21 days of docketing the appeal or at the same time that any filing is made in this court, whichever is earlier. The court will not act on any motion or other filing by a party until a disclosure statement is filed. A form for the disclosure statement is attached to this notice and may be used or copied. *Pro se* parties are not obligated to file a disclosure statement.

The appellant must file a separate **Docketing Statement** (which must comply with the provisions of Circuit Rule 28(a)) with the clerk of this court immediately, unless it has already been filed with the notice of appeal in the district court. Cir. Rule 3(c).

Trial counsel in a criminal case, whether retained or appointed by the district court, is responsible for the continued representation of the client desiring to appeal unless specifically relieved by the court of appeals upon a motion to withdraw. **Initially, counsel must assure that either the docketing fee is paid or that the necessary steps are taken to secure *in forma pauperis* status on appeal. Cir. Rule 51(a). Counsel for the appellant must also make satisfactory arrangements with the court reporter so that trial and hearing transcripts are produced and filed as part of the record in a timely fashion.** See Fed. R. App. P. 10(b),11(a)&(b) and Cir. Rule 10(c) and (d). The order for transcript must be on the form prescribed by Cir. Rule 10(c).

This Court does not routinely issue scheduling orders in criminal appeals. The appellant's brief and required short appendix are due 40 days from the docketing date in this court regardless of the completeness of the record, unless the Court orders otherwise. Fed. R. App. P. 31(a), Cir. Rule 31(a). Motions for extension of time are not favored and must, if filed, strictly comply with the requirements of Cir. Rule 26. Before filing a brief or appendix, please check carefully to make sure that it is timely and complies with all requirements of the following rules:

1. Fed. R. App. P. 28 & C.R. 28          (contents of briefs)
2. Circuit Rule 28(a) or (b)             (jurisdictional statements)
3. Fed. R. App. P. 32(a) & C.R. 32       (form, length & size of type in briefs)
4. Circuit Rule 26.1; Fed. R .App. P. 26.1  (disclosure statement)
5. Circuit Rule 31(b) & (e)              (number of briefs required)(digital copy)
6. Fed. R. App. P. 30 & C.R. 30          (appendices)
7. Fed. R. App. P. 25(d)                 (proof of services)

Counsel/parties are encouraged to check with the clerk's office at **(312)435-5850** if they have any questions. The staff is happy to provide guidance regarding the court's procedures and requirements.

NOTE:   FAX FILINGS ARE NOT PERMITTED WITHOUT EXPLICIT PERMISSION FROM THE CLERK'S OFFICE.

**rev. 7/06 AK**

CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: _____

Short Caption: _____

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ] **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

_____

_____

_____

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

_____

_____

_____

(3) If the party or amicus is a corporation:

i) Identify all its parent corporations, if any; and

_____

ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

_____

Attorney's Signature: _____ Date: _____

Attorney's Printed Name: _____

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).  Yes [ ]  No [ ]

Address: _____

_____

Phone Number: _____ Fax Number: _____

E-Mail Address: _____

rev. 01/08 AK