# Dispatch·Argus

## BILLING INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| ACCOUNT # | 112148 | AD START DATE | 02/29/08 | AD STOP DATE | 03/14/08 |
| AD # | 532733 | INSERTIONS | 3 | CLASSIFICATION | 2227 |
| AMOUNT | $217.23 | | | INCHES | 6.580 |
| DUE UPON RECEIPT | | DESCRIPTION | Peleti Peleti Jr | | |

Thank you for giving us the opportunity to serve you! If you have any questions regarding this invoice, please contact us at 309-757-4901. We are open Monday - Friday 8:00 a.m. - 5:30 p.m.

1720 5th Avenue, Moline, IL 61265-7997

## CERTIFICATE OF PUBLICATION

The undersigned, the MOLINE DISPATCH PUBLISHING COMPANY L.L.C., hereby certifies that it is a Limited Liability Company, existing and doing business under the laws of the State of Delaware, licensed to do business in the State of Illinois, and states that it is publisher of THE DISPATCH and THE ROCK ISLAND ARGUS daily, public, secular newspapers of general circulation printed and published daily in the City of Moline, County of Rock Island, State of Illinois, and further certifies that a notice whereof the annexed printed notice, a true copy, was printed and published in said newspapers, 3 time(s): that said notice was so printed and published in said newspaper 1 time(s) in each week for 3 successive week(s), the date of the first said newspaper containing said notice being the 29th day of FEB A.D. 2008 and the last said newspaper containing said notice being the 14th day of MAR A.D. 2008.

Publication Fees  $217.23

MOLINE DISPATCH PUBLISHING COMPANY L.L.C.

By _____

Moline, Illinois  03/19/2008

**STATE OF ILLINOIS** } SS.
**ROCK ISLAND COUNTY**

S. Scott Aswege being first duly sworn on his oath, says that he is the Business Manager of the MOLINE DISPATCH PUBLISHING COMPANY L.L.C. and the facts set forth in the foregoing certificate of publication are true and that the annexed notice was published as therein specified, and that said THE DISPATCH and THE ROCK ISLAND ARGUS have been regularly published in the City of Moline, County of Rock Island, and State of Illinois, for more than one year prior to the date of the first publication of said notice.

Subscribed and sworn to before me this 19 day of MAR 2008

| | |
|---|---|
| Account/Ad# | 112148  532733 |
| Account Name | U.S. DEPARTMENT OF JUSTICE |

OFFICIAL SEAL
LINDA BRIDGEFORD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-12-2010

_____  Notary Public