E-FILED
Monday, 05 May, 2008 02:28:58 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES OF AMERICA
## CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | COURT NO. 06-40117-001 |
| ) | |
| PELETI PELETI, JR. ) | |
| ) | |
| Defendant. ) | |

### JOINT MOTION FOR STAY OF FINE

Plaintiff United States and defendant Peleti Peleti, Jr., jointly move for a stay of the part of the sentence that imposed an assessment ($200.00) and a fine ($7,500.00), due immediately, for the following reasons:

1. Fed.R.Crim.P. 38(c) allows a stay of a sentence to pay a fine or costs, with appropriate conditions; and

2. The United States and the defendant have agreed to ask this Court to stay the part of the sentence that provided for immediate payment of the assessment and fine, until the decision by the Court of Appeals on the appeal, on grounds that there is or will be an appeal and that the defendant has agreed to the condition that he maintain certain unencumbered assets (the 2000 Dodge Grand Caravan and the 1987 Toyota 4X4 truck that are described in the attached Declaration) in proper working order, in order to provide assets for payment toward the assessment and fine.

**WHEREFORE**, the United States and the defendant jointly move for an order to stay the part of the sentence that requires immediate payment of the assessment and fine, on the condition that the defendant maintains the 2000 Dodge Grand Caravan and 1987 Toyota 4X4 truck as unencumbered assets in proper working order, until the decision by the Court of Appeals on the appeal.

            **RODGER A. HEATON**
            **UNITED STATES ATTORNEY**

DATE: May 5, 2008

            s/James A. Lewis
            James A. Lewis, NC Bar No. 5470
            Attorney for the Plaintiff
            United States Attorneys Office
            318 S. 6th Street
            Springfield, Illinois 62701
            Tel: 217-492-4450
            Fax: 217-492-4888
            E-mail: Jim.Lewis2@usdoj.gov

DATE: April 25, 2008

            s/Paul Alage
            Paul Alaga
            Attorney for Defendant
            Romero & Alaga
            885 Bryant St., Suite 202
            San Francisco, CA 94103
            Tel: 415-581-0885
            Fax: 415-581-0887
            E-mail: paulalaga@sflaw.net



PAUL L. ALAGA, CA State Bar # 221165
LEWIS O. ROMERO, CA State Bar # 197231
885 Bryant Street Second Floor
San Francisco CA 94103
Telephone: (415) 581-0885
Facsimile: (415) 581-0887

Attorneys for Defendant Peleti Peleti

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>PELETI PELETI JR., a/k/a "Pete,"<br><br>Defendant | Case No. 06-40117 MMM JAG<br><br>DECLARATION OF PELETI PELETI, JR<br>REGARDING UNENCUMBERED ASSETS |

I, Peleti Peleti, Jr., hereby declare, under penalty of perjury, as follows:

1.   That I currently own and retain complete title to the following motor vehicles:

  (a)   2000 Dodge Grand Caravan, with a vehicle identification number of 2B4GP2434YR536328.

  (b)   1987 Toyota 4X4 Truck, with a vehicle identification number of JT4RN63R2H5023235

2.   That the aforementioned vehicles have no encumbrances and I maintain full and complete title to each vehicle.

3.   That the present value of the 2000 Dodge Grand Caravan set forth in paragraph 1(a) has a current market rate value of $6,000.

4. That the present value of the 1987 Toyota 4X4 Truck set forth in paragraph 1(b) has a current market rate value of $3,000.

5. ~~That I agree that I will not dispose, divest myself of ownership, sell or encumber in any~~ manner of the aforementioned vehicles during the pendency of the appeal in this matter (Seventh Circuit Appeal No# 08-1507).

6. That I agree that I will maintain the integrity and maintenance of the aforementioned vehicles and will keep said vehicles in proper working order.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on April 8, 2008 at Kapolei, Hawaii.

s/Peleti Peleti, Jr.
PELETI PELETI, JR, Defendant