UNITED STATES OF AMERICA
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 06-40117-001 |
| | ) |
| PELETI PELETI, JR. | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the MOTION FOR STAY OF FINE this May 5, 2008. to:

Peleti Peleti, Jr.
c/o Paul Alaga
Attorney at Law
885 Bryant St., Suite 202
San Francisco, CA 94103


s/James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov